UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON L CALLIER, INDIVIDUALLY AND BEHALF OF ALL OTHERS SIMILARLY SITUATED; | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 3:24-CV-00450-LS |
| BRANCH & DHILLON, P.C, A TEXAS PROFESSIONAL CORPORATION; MFC SUPPORT LLC, A FLORIDA LIMITED LIABILITY COMPANY; JANE/JOHN DOE, CALLCORE MEDIA INC, A FLORIDA CORPORATION; AND ADVERTISE4SALES INC, | § § § § § § § § § § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 26, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**